UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE RAYBON RUFFINS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. CERDA, et al.,<br><br>    Defendants. | No. 1:24-cv-01386-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Doc. 11 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed the instant action on September 23, 2024 in the United States District Court for the Central District of California. On November 13, 2024, the action was transferred to this Court. Doc. 6. On November 18, 2024, the magistrate judge screened plaintiff's complaint, found no cognizable claims, and granted plaintiff thirty days to file an amended complaint. Doc. 8. Plaintiff did not file an amended complaint. On January 7, 2025, the magistrate judge issued an order to show cause as to why the action should not be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief. Doc. 9. Plaintiff did not file a response to the order to show cause.

1            On January 31, 2025, the assigned magistrate judge issued findings and recommendations
2    recommending dismissal of the action for failure to prosecute, failure to comply with a court
3    order, and failure to state a cognizable claim for relief.  Doc. 11.  The findings and
4    recommendations were served on plaintiff and contained notice that any objections thereto were
5    to be filed within fourteen days after service.  *Id.* at 7.  Plaintiff has not filed objections, and the
6    time to do so has passed.
            In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de
     novo review of the case.  Having carefully reviewed the file, the Court concludes that the findings
     and recommendations are supported by the record and by proper analysis.
            Accordingly, IT IS ORDERED that:
     1.  The findings and recommendations issued January 31, 2025, Doc. 11, are ADOPTED
         IN FULL;
     2.  This matter is DISMISSED without prejudice for failure to prosecute, failure to
         comply with a court order, and failure to state a cognizable claim for relief; and
     3.  The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

   Dated:    March 24, 2025

                                                     UNITED STATES DISTRICT JUDGE

2